UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, RECEIVER FOR NORTHWEST VENTURE PARTNERS III, L.P., <br><br>  Plaintiff, <br><br> v. <br><br> PAUL SLEETH, <br><br>  Defendant. | NO. CV-11-0009-RHW <br><br> **ORDER ENTERING DEFAULT JUDGMENT** |

Before the Court is Plaintiff's Motion for Entry of Judgment by Default (ECF No. 25), heard without oral argument. Defendant Paul Sleeth filed no response. Pursuant to Rule 55(a), Fed. R. Civ. Pro., and good cause shown therefore, in that Defendant Paul Sleeth failed to respond to the Complaint in this matter, default is hereby entered.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment as to Paul Sleeth (ECF No. 25) is **GRANTED**.

2. Judgment is entered against Mr. Sleeth in the sum of $25,331.00, plus interest thereon at a rate of fourteen percent per annum from May 1, 2010, to the date

**ORDER ENTERING DEFAULT JUDGMENT \* 1**

of this Order.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, and to furnish copies to counsel and Defendant.

**DATED** this 29th day of August, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2011\NW Venture Ptrs\default.ord.wpd

**ORDER ENTERING DEFAULT JUDGMENT * 2**